IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 13-cv-01289-RBJ-BNB | Date: April 24, 2014 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY | L. Michael Brooks, Jr. |
| | Adam P. O'Brien |
| **Plaintiff(s)** | |
| v. | |
| WOODY CREEK VENTURES, LLC | Dennis B. Polk |
| | Melissa R. Liff |
| PITKIN COUNTY TITLE, INC | Jason D. Melichar |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT**

Court in Session: 1:29 p.m.

Appearance of counsel.

Argument presented on [32] Fidelity National Title Insurance Company's Motion for Partial Summary Judgment and [33] Woody Creek Ventures, LLC's Response to Fidelity National Title Insurance Company's Motion for Partial Summary Judgment and Cross Motion for Partial Summary Judgment.

**ORDERED: [32] Fidelity National Title Insurance Company's Motion for Partial Summary Judgment and [33] Woody Creek Ventures, LLC's Response to Fidelity National Title Insurance Company's Motion for Partial Summary Judgment and Cross Motion for Partial Summary Judgment are TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess: 2:19 p.m.        Hearing concluded.        Total time in Court: 00:50