IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01289-RBJ

FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California Corporation,

    Plaintiff,

v.

WOODY CREEK VENTURES, LLC, a Colorado Limited Liability Company; and
PITKIN COUNTY TITLE, INC., a Colorado Corporation,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulated Motion to Dismiss without Prejudice. The Court has reviewed the motion and reasons therefor, and hereby GRANTS the Motion. There are no remaining claims to be determined in this litigation.

DATED this 9th day of July, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge